# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| MicroTechnologies, LLC ) | ASBCA No. 59899 |
| ) | |
| Under Contract No. SP4701-11-P-0033 ) | |

APPEARANCE FOR THE APPELLANT:  Lewis P. Rhodes, Esq.
               Assistant General Counsel

APPEARANCES FOR THE GOVERNMENT:  Daniel K. Poling, Esq.
               DLA Chief Trial Attorney
               Kristin K. Bray, Esq.
               Corinne M. Foley Petersen, Esq.
               Trial Attorneys
               DLA Troop Support
               Philadelphia, PA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 8 June 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59899, Appeal of MicroTechnologies, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals